BEFORE THE SECOND DIVISION, NOVEMBER 16, 1966

No. P66/339.—Amerex Distributing Co., Inc., and Dah Chong Hong Trading Co. *v.* United States, protests 61/15066 and 61/16040 (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of spark plugs, not dedicated to use in any vehicle or machine, similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 17, 1966

No. P66/340.—Ashear Bros., Inc., et al. *v.* United States, protests 61/7174, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of handkerchiefs similar in all material respects to those the subject of *Ashear Bros., Inc.* v. *United States* (55 Cust. Ct. 238, C.D. 2582), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 17, 1966

No. P66/341.—Fujii Shoji, Ltd., and American Customs Brokerage Co. et al. *v.* United States, protests 65/2557, etc. (Honolulu).

RICHARDSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Iso peanuts, peanut crackers, and Japanese rice crackers similar in all material respects to those the subject of *Hilo Rice Mill Co., Ltd., American Customs Brokerage Company, et al.* v. *United States* (52 CCPA 106, C.A.D. 866), the claim of the plaintiffs was sustained.